Rebecca Cheaves Law Office, PLLC
Rebecca A. Cheaves (AZ 034666, CA 283804)
PO Box 11929
Glendale, AZ 85318
480.208.1441
mslaw2116@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| In re: LeDonna Spongberg | Case No. 2:25-bk-06440-BKM |
| | Chapter: 7 |
| | **MOTION TO CONTINUE ALL DEADLINES DUE TO THE DEBTOR'S NEED TO RETAIN NEW COUNSEL** |

# MOTION TO CONTINUE ALL DEADLINES DUE TO THE DEBTOR'S NEED TO RETAIN NEW COUNSEL

The Debtor, **LeDonna D. Spongberg**, by and through her attorney, Rebecca Cheaves, Esq., hereby files this **MOTION TO CONTINUE ALL DEADLINES DUE TO THE DEBTOR'S NEED TO RETAIN NEW COUNSEL.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:
LeDonna Spongberg,
Debtor.

Case No. 2:25-bk-06440
Chapter 7

## MOTION TO CONTINUE ALL DEADLINES DUE TO THE DEBTOR'S NEED TO RETAIN NEW COUNSEL

Debtor, LeDonna Spongberg, by and through undersigned counsel, Rebecca A. Cheaves, Law Office of Rebecca Cheaves, PLLC, respectfully moves this Honorable Court for an order continuing all current deadlines in this matter for a period of 60 days to allow Debtor to retain new counsel.

In support of this Motion, Debtor states as follows:

1. Debtor's counsel has discussed with Debtor her decision and intent to retain new counsel to represent her in this Chapter 7 proceeding.
2. The debtor requires additional time to locate, retain, and bring new counsel up to speed on the case and all pending matters.
3. The specific deadlines that need to be continued include:
   - (1) The Federal Rule of Bankruptcy Procedure (F.R.B.P.) 2004 Examination and Production of Documents requested by creditor Corritore.
   - (2) The filing of Amended Schedules I, J, C, D, E/F, and G, as well as Form 106Sum (Summary of Your Assets and Liabilities), Form 107 (Statement of Financial Affairs), Form 108 (Statement of Intention for Individuals Filing

Bankruptcy), and Form 122A-1 (Chapter 7 Statement of Your Current Monthly Income); and

- (3) Compliance with the Order Granting Trustee's Application for Production of Documents and Oral Examination Pursuant to F.R.B.P. 2004.

4. Continuance of these deadlines is necessary to avoid prejudice to the Debtor, as she transitions to new representation and allows the newly retained counsel sufficient time to review the voluminous case materials and properly address pending matters.

5. Current counsel, Rebecca A. Cheaves, remains available to assist in this transition to ensure that the case proceeds efficiently and without delay once new counsel is retained.

6. Counsel will remain as attorney of record until new counsel has entered an appearance and been substituted on the docket.

7. Upon new counsel entering as attorney of record, current counsel is requesting withdrawal from this matter, however, counsel respectfully requests to remain on the Court's mailing list to receive future notices or orders in this case.

8. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Debtor respectfully requests that this Court enter an order:

1. Continuing all current deadlines, including:
    - The F.R.B.P. 2004 Examination and document production to the creditor Corritore.
    - The amendments to Schedules I, J, C, D, E/F, G, and the related bankruptcy forms listed above; and

- The Order Granting Trustee's Application for Production of Documents and Oral Examination pursuant to F.R.B.P. 2004;

   for a period of 60 days from the date of the Court's order.

2. Acknowledging that the current counsel shall remain attorney of record until new counsel is substituted.

3. Directing that after new counsel is entered on this matter, the Court withdraw current counsel but allow her to remain Court's mailing list for this case; and

4. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 2nd day of November, 2025.

*[signature]*

Rebecca A. Cheaves, Esq.
Law Office of Rebecca Cheaves, PLLC
P.O. Box 11929
Glendale, AZ 85318
Phone: (480) 208-1441
Email: mslaw2116@gmail.com
Attorney for Debtor

   Rebecca A. Cheaves

   Rebecca A. Cheaves, Esq.

**Rebecca Cheaves Law Office, PLLC**
Rebecca A. Cheaves
P.O. BOX 11929
Glendale, AZ 85318
rablawoffice24@gmail.com

## DECLARATION REGARDING AMENDED SCHEDULES

I, **LeDonna D. Spongberg**, declare under penalty of perjury that I have read the foregoing Motion to Continue all Deadlines to Retain New Counsel contained therein is true and correct to the best of my knowledge, information, and belief.

Dated: 11-2-2025

*LeDonna Spongberg*

**LeDonna D. Spongberg**
Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on 11-2-2025, a true and correct copy of the foregoing **Motion to Continue all Deadlines to Retain New Counsel** was served via electronic service upon the following added creditor(s) and interested parties:

ROSS M MUMME
Nach, Rogers, Hilkert & Santilli
1220 East Osborn Road
Ste 101
Phoenix, AZ 85014
602-247-8586
Email: ross.mumme@nrhslaw.com

STUART BRADLEY RODGERS
Nach, Rodgers, Hilkert & Santilli
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
602-258-6000
Fax : 602-258-6003
Email: Stuart.Rodgers@NRHSLaw.com

*Trustee*
ERIC M. HALEY
PO BOX 13390
SCOTTSDALE, AZ 85267
602-218-5136

*U.S. Trustee*
U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

Carolyn J. Johnsen
David G. Bray
DICKINSON WRIGHT PLLC
1850 N. Central Avenue, Suite 1400
Phoenix, AZ 85004
cjjohnsen@dickinsonwright.com
dbray@dickinsonwright.com

7

**Dated:** 11-02-2025

**Respectfully submitted,**

*/s/ Rebecca A. Cheaves*

Rebecca Cheaves Law Office, PLLC
Rebecca A. Cheaves (AZ 034666, CA 283804)
PO Box 11929
Glendale, AZ 85318
480.208.1441
mslaw2116@gmail.com

8